### HIXSON v. THE STATE.

ATKINSON, Presiding Justice. 1. There being no evidence connecting the deceased with the infliction of any wound upon Willie George Crawford, it is not cause for the grant of a new trial that the judge withheld from the jury testimony to the effect that Crawford, who was present when the killing occurred, had a wound on him, and that blood was found in the seat of the car in which he rode.

2. In view of the entire testimony, it was not erroneous to charge the jury that the defendant was either guilty of murder or guilty of no offense.

3. It was not erroneous to charge on the law of confessions, the defendant having admitted the killing and having stated no circumstance of justification or excuse. *Daniel* v. *State,* 187 *Ga.* 411 (4), 413 (1 S. E. 2d, 6).

4. The ground of newly discovered evidence, even if otherwise meritorious, was fatally defective in that the supporting affidavits required by the Code, § 70-205, were lacking. *Burge* v. *State,* 133 *Ga.* 431 (2) (66 S. E. 243).

5. The verdict was supported by the evidence, and no error appears in the refusal to grant a new trial.

*Judgment affirmed. All the Justices concur.*

No. 14175. SEPTEMBER 22, 1942.

*G. W. Huling,* for plaintiff in error.

*Ellis G. Arnall,* attorney-general, *Hubert Calhoun,* solicitor-general, and *Emil J. Clower,* assistant attorney-general, contra.